[No. 35411-0-II.   Division Two.   July 15, 2008.]

LINDA ANN DOMINGUEZ, *as Personal Representative,*
*Appellant,* v. THE CITY OF TACOMA ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-13606-1, Kathryn J. Nelson, J., entered September 8, 2006. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 35621-0-II.   Division Two.   July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY A. WILSON,
*Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00257-4, David E. Foscue, J., entered October 30, 2006. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 36461-1-II.   Division Two.   July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. J.J.H., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00260-9, Daniel J. Berschauer, J., entered May 24, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 24943-3-III.   Division Three.   July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. YURIY M.
SHEVCHUCK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01322-3, Gregory D. Sypolt, J., entered February 2, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.